**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**In re**

**TALLEY, CHERYL L.**

**Case No. 09-31201**
**Chapter 7**

    **Debtor**

### REPORT OF DEPOSIT OF SMALL DIVIDENDS

    Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| PYOD LLC its successors and assigns<br>as assignee of Citibank<br>PO Box 19008<br>Greenville, SC  29602 | $2.21 |

Dated: December 2, 2009

/s/ Lynn L. Tavenner
Lynn L. Tavenner, Trustee
20 North Eighth Street, Second Floor
Richmond, VA  23219
(804) 783-8300

### CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing <u>Report of Deposit Small Dividends</u> was electronically served or mailed to the Office of the United States Trustee on December 2, 2009

/s/ Lynn L. Tavenner
Lynn L. Tavenner